UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

TENGIZ KHUKHIASHVILI,

                        Defendant.

------------------------------------- x

ORDER

18 Crim. 509-10 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 1, 2020 conference is adjourned to June 3, 2020 at 10:00 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge