

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    - against -

TENGIZ KHUKHIASHVILI,

           Defendant.

------------------------------X

ORDER OF
JUDICIAL REMOVAL

18 Cr. 509 (GBD)

Upon the application of the United States of America, by Matthew J.C. Hellman, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of Tengiz Khukhiashvili and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the former Soviet Union and a citizen of Georgia.

3. The defendant was last admitted to the United States at New York, NY on October 11, 2014 on a B-2 non-immigrant visa with authorization to remain in the United States until April 10, 2015.

4. The defendant remained in the United States beyond April 10, 2015 without authorization from the Department of Homeland Security.

5. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, under one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. Section 1349.

6. The loss to the victims for the defendant's conviction under 18 U.S.C. Section 1349 exceeds $10,000.

7. The maximum sentence for this violation is twenty years' imprisonment.

8. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to section 237(a)(1)(B) of the Immigration and Nationality Act of 1952, as amended ("INA"), 8 U.S.C. § 1227(a)(1)(B), as an alien, who after admission as a nonimmigrant under Section 101(a)(15) of the Act, remained in the United States for time longer than permitted; and section 237(a)(2)(A)(iii) of the INA, 8 U.S.C. § 1227(a)(2)(A)(iii), as an alien who is convicted of an aggravated felony as defined in section 101(a)(43)(M) at any time after admission.

9. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

10. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Georgia.

Dated:   New York, New York
         JUN 0.30 2020

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE